NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED


IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ANDREA R. DELPOZZO, C.N.A,　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　Appellant,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　)　　　Case No. 2D17-3825
　　　　　　　　　　　　　　　　　　　)
DEPARTMENT OF HEALTH,　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　Appellee.　　　　　　　　　)
_____)

Opinion filed August 22, 2018.

Appeal from the Department of Health.

Steven D. Brownlee of Chapman Law
Group, Sarasota, for Appellant.

Christine E. Lamia, Chief Appellate
Counsel, and Katelyn R. Levine, Assistant
General Counsel, Florida Department of
Health, Tallahassee, for Appellee.


PER CURIAM.


　　　　　　Affirmed.


CASANUEVA, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.